and Others, Impleaded with E. I. Du Pont de Nemours Powder Company, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action ?  Lyon, J., not sitting.

Dudley H. Fay, an Infant, by Michael J. Fay, His Guardian ad Litem, Respondent, v. Schenectady Railway Company, Appellant.— Judgment and order affirmed, with costs.  All concurred, except Kellogg and Lyon, JJ., who voted to reduce the verdict to $12,000.

Jane W. Fisk v. Claude J. Holding, Impleaded with Buckley Decorating Company.— Motion granted.

Albert Gaffey and Another, Appellants, v. Town of Newfield, Respondent.— Motion denied.

Susan K. Holbrook, Respondent, v. Edwin N. Flumerfelt and E. A. Strout Farm Agency, Appellants.— Judgment and order unanimously affirmed, with costs.

Halfmoon Bridge Company v. The Canal Board and Others.— Motion for leave to appeal to Court of Appeals granted, and question certified as follows: Had the court at Special Term power to require as a condition the payment of the extra allowance specified in the order ?

Kathryn A. Jones, Respondent, v. Frederick C. Schilling, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of the Fonda, Johnstown and Gloversville Railroad Company, under Section 174 of the Railroad Law,* for the Appointment of Three Commissioners to Determine Whether a Street Surface Railroad Ought to Be Constructed and Operated by the Applicant in, over, through and upon the Surface of Leslie Street in the City of Amsterdam, New York.— Application granted and the following commissioners appointed: Hon. Joseph L. Moore, of Fort Plain, B. Frank Diefendorf, of Canajoharie, and James A. Smeallie, of Amsterdam.

In the Matter of the Probate of the Alleged Last Will and Testament of Josephine B. Townley, Deceased, and In the Matter of the Application of Garfield Townley, Appellant, to Be Appointed Administrator, etc.  Helen Townley and Josephine Townley, Respondents.— Decree affirmed, without costs.  All concurred, except Smith, P. J., not voting.

Mohawk Improvement Company, Incorporated, Respondent, v. Mortimer Everest and Edith V. Everest, Appellants.— Order modified by striking out the requirement of the order numbered six, and as so modified affirmed, without costs.  All concurred.

New Paltz, Highland and Poughkeepsie Traction Company v. Central New England Railway Company and O'Brien Construction Company (No. 1).— Ordered that the order of injunction, dated July 15, 1914, be and hereby is vacated.

New Paltz, Highland and Poughkeepsie Traction Company, Appellant, v. Central New England Railway Company and O'Brien Construction Company, Respondents (No. 2).— Order affirmed, with ten dollars costs and disbursements.  All concurred.

* Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 174.— [REP.